UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**ORIGINAL**

| | |
|---|---|
| CABLEVISION OF LITCHFIELD, Limited Partnership, | : <br> : <br> : CIVIL ACTION NO. <br> : <br> Plaintiff,  : 3:03 Civ. 886 (CFD) <br> : <br> -against-  : <br> : <br> SCOTT PIEKOS, BEN THAI, and GREG VERAS,  : DECEMBER 17, 2003 <br> : <br> Defendants.  : <br> : |

*FILED 2003 DEC 18 P 1:10 U.S. DISTRICT COURT HARTFORD, CT.*

## MOTION FOR AN ORDER ADJOURNING THE INQUEST HEARING FOR THIRTY DAYS

Plaintiff, Cablevision of Litchfield, Limited Partnership ("Cablevision" or "plaintiff"), respectfully requests that the Court issue an Order Adjourning the Inquest Hearing scheduled for December 17, 2003 at 11:00 a.m. for at least thirty (30) days.

Defendant Scott Piekos ("Piekos" or "defendant"), against whom the Court entered default due to defendant's failure to answer, appear or otherwise respond to the complaint, contacted Cablevision's attorneys on December 17, 2003 in an effort to resolve this matter through settlement. The parties are currently engaged in settlement negotiations. Cablevision respectfully requests that the Court adjourn the inquest hearing for at least thirty (30) days.

This is Cablevision's first request for this relief sought herein and defendant consents to this application.

**WHEREFORE,** Cablevision respectfully requests that the Court issue an Order Adjourning the Inquest Hearing for at least thirty (30) days.

Respectfully submitted,

**LEFKOWITZ, LOUIS, & SULLIVAN, L.L.P.**
Attorneys for Plaintiff

By _____
**MELINDA DUS (ct 24323)**
350 Jericho Turnpike Suite 300
Jericho, New York 11753
(516) 942-4700

**Local Counsel:**
Michael G. Considine, Esq. (ct 16023)
Elizabeth Corwin Oram, Esq. (ct 22138)
Day, Berry & Howard, LLP
One Canterbury Green
Stamford, Connecticut 06901-2047
(203) 977-7300