UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CABLEVISION OF LITCHFIELD<br>Limited Partnership,<br><br>                    Plaintiff,<br><br>   -against-<br><br>SCOTT PIEKOS, BEN THAI, and GREG VERAS,<br><br>                  Defendants. | CIVIL ACTION NO.<br><br>3:03 Civ. 886 (CFD)<br><br><br>DECEMBER 17, 2003 |

**AFFIRMATION OF MELINDA DUS IN SUPPORT OF MOTION
FOR AN ORDER ADJOURNING THE INQUEST HEARING**

I, Melinda Dus, being duly sworn, depose and state:

1. I am over eighteen years of age and believe in the obligations of an oath.

2. I am an associate with the law firm of Lefkowitz, Louis, & Sullivan, L.L.P., 350 Jericho Turnpike, Suite 300, Jericho, New York 11753, who represents plaintiff, Cablevision of Litchfield, Limited Partnership ("Cablevision" or "plaintiff"), in the above matter. I have been admitted pro hac vice in this matter.

3. I submit this Affirmation in Support of Plaintiff's Motion for an Order Adjourning the Inquest Hearing for thirty (30) days. The inquest is currently scheduled for December 18, 2003 at 11:00 a.m.

4. Cablevision commenced this action on May 20, 2003. Thereafter the Summons and Complaint were served upon defendant Scott Piekos ("Piekos" or "defendant") on June 1,

2003. Defendant failed to answer, appear or otherwise respond to the Complaint. The Court entered default against Piekos on August 18, 2003. Thereafter the Court scheduled an inquest hearing and Cablevision sent Piekos a letter notifying him of the same.

5. On December 17, 2003, Piekos contacted Cablevision's attorneys in an effort to resolve this case by settlement. The parties are currently engaging in settlement negotiations and Cablevision respectfully submits that although a settlement has not been reached, settlement is likely.

6. In light of the parties' recent settlement discussions, Cablevision respectfully requests that the Court adjourn the Inquest hearing for at least thirty (30) days, during which time Cablevision will file the fully executed Stipulation of Discontinuance. In the event that the parties are unable to reach a settlement, Cablevision respectfully submits that it will notify the Court of the status of the case by telephone and in writing no later than December 31, 2003.

7. This is Cablevision's first request made for the relief sought herein and defendant consents to this application.

_____
**MELINDA M. DUS (ct 24323)**

**Local Counsel:**
Michael G. Considine, Esq. (ct 16023)
Elizabeth Corwin Oram, Esq. (ct 22138)
Day, Berry & Howard, LLP
One Canterbury Green
Stamford, Connecticut 06901-2047

2

## CERTIFICATE OF SERVICE

**Cablevision of Litchfield, L.P. v. Scott Piekos, et al.**
**Civil Action No. 3:03 Civ. 886 (CFD)**

This is to certify that a copy of plaintiff's Motion for an Order Adjourning the Inquest Hearing for Thirty (30) days and the accompanying Affirmation were sent to defendant Scott Piekos, by first class mail, postage prepaid this 17th day of December 2003, to defendant at the address listed below:

Scott Piekos
3 Harwington Avenue
Torrington, Connecticut 06790


Dated: Jericho, New York
       December 17, 2003

_____
Melinda M. Dus (ct 24323)