UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**ORIGINAL**

CABLEVISION OF LITCHFIELD,
Limited Partnership,

        Plaintiff,

-against-

SCOTT PIEKOS, BEN THAI, and GREG
VERAS,

        Defendants.

CIVIL ACTION NO.

3:03 Civ. 886 (CFD)

DECEMBER 17, 2003

FILED 2003 DEC 18 P 1:10
U.S. DISTRICT COURT
HARTFORD, CT.

*[Handwritten in left margin:] Counsel shall advise the Court by the Attorney of registration. So ord.*

*[Handwritten:] USDJ 12/22/03*

*[Handwritten in left margin:] Granted as modified. Dec. 31, 2003 as to the [...]*

### MOTION FOR AN ORDER ADJOURNING
### THE INQUEST HEARING FOR THIRTY DAYS

Plaintiff, Cablevision of Litchfield, Limited Partnership ("Cablevision" or "plaintiff"), respectfully requests that the Court issue an Order Adjourning the Inquest Hearing scheduled for December 17, 2003 at 11:00 a.m. for at least thirty (30) days.

Defendant Scott Piekos ("Piekos" or "defendant"), against whom the Court entered default due to defendant's failure to answer, appear or otherwise respond to the complaint, contacted Cablevision's attorneys on December 17, 2003 in an effort to resolve this matter through settlement. The parties are currently engaged in settlement negotiations. Cablevision respectfully requests that the Court adjourn the inquest hearing for at least thirty (30) days.

This is Cablevision's first request for this relief sought herein and defendant consents to this application.