UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CABLEVISION OF LITCHFIELD, LIMITED PARTNERSHIP,<br>        Plaintiff | :<br>:<br>:<br>: |
| v. | :     Civil Action No. 3:03 CV 886 (CFD) |
| SCOTT PIEKOS, BEN THAI, AND GREG VERAS,<br>        Defendants | :<br>:<br>:<br>: |

## ORDER

On December 23, 2003, this case was reported settled. The Clerk is directed to close the case. This order is without prejudice to either party filing a motion to re-open by **January 30, 2004**.

SO ORDERED this 30th day of December 2003, at Hartford, Connecticut.

CHRISTOPHER F. DRONEY
UNITED STATES DISTRICT JUDGE