UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CABLEVISION OF LITCHFIELD, Limited Partnership, | : : : : | |
| | : | CIVIL ACTION NO. |
| Plaintiff, | : : | 3:03 Civ. 886 (CFD) |
| -against- | : : : | |
| SCOTT PIEKOS, BEN THAI, and GREG VERAS, | : : : | DECEMBER 30, 2003 |
| Defendants. | : : | |

## MOTION FOR AN ORDER CANCELING THE INQUEST HEARING

Plaintiff, Cablevision of Litchfield, Limited Partnership ("Cablevision" or "plaintiff"), respectfully requests that the Court issue an Order Canceling the Inquest Hearing previously adjourned from December 17, 2003 at 11:00 a.m.

The parties have reached an agreement and are currently in the process of preparing a Stipulation of Discontinuance. Cablevision shall file with the Court the fully executed Stipulation of Discontinuance within thirty (30) days.

**WHEREFORE,** Cablevision respectfully requests that the Court issue an Order canceling the Inquest Hearing.

Respectfully submitted,

**LEFKOWITZ, LOUIS, & SULLIVAN, L.L.P.**
Attorneys for Plaintiff

By _____
**MELINDA DUS (ct 24323)**
350 Jericho Turnpike Suite 300
Jericho, New York 11753
(516) 942-4700

**Local Counsel:**
Michael G. Considine, Esq. (ct 16023)
Elizabeth Corwin Oram, Esq. (ct 22138)
Day, Berry & Howard, LLP
One Canterbury Green
Stamford, Connecticut 06901-2047
(203) 977-7300