UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CABLEVISION OF LITCHFIELD<br>Limited Partnership, | : <br> : <br> : | <br> <br>CIVIL ACTION NO. |
| Plaintiff, | : <br> : | <br>3:03 Civ. 886 (CFD) |
| -against- | : <br> : | |
| SCOTT PIEKOS, BEN THAI, and GREG VERAS, | : <br> : | <br>DECEMBER 30, 2003 |
| Defendants. | : <br> : <br> : | |

**AFFIRMATION OF MELINDA DUS IN SUPPORT OF MOTION
FOR AN ORDER CANCELING THE INQUEST HEARING**

I, Melinda Dus, being duly sworn, depose and state:

1. I am over eighteen years of age and believe in the obligations of an oath.

2. I am an associate with the law firm of Lefkowitz, Louis, & Sullivan, L.L.P., 350 Jericho Turnpike, Suite 300, Jericho, New York 11753, who represents plaintiff, Cablevision of Litchfield, Limited Partnership ("Cablevision" or "plaintiff"), in the above matter. I have been admitted pro hac vice in this matter.

3. I submit this Affirmation in Support of Plaintiff's Motion for an Order Canceling the Inquest Hearing. Upon Cablevision's motion, on December 22, 2003, the inquest was adjourned in order to allow the parties to engage in settlement negotiations.

4. The parties have reached an agreement and are currently in the process of preparing the Stipulation of Discontinuance.  Cablevision shall file the Stipulation of Discontinuance, signed by both parties within thirty (30) days.

5. Cablevision respectfully requests that the Court cancel the Inquest hearing.

_____
**MELINDA M. DUS  (ct 24323)**

**Local Counsel:**
Michael G. Considine, Esq. (ct 16023)
Elizabeth Corwin Oram, Esq. (ct 22138)
Day, Berry & Howard, LLP
One Canterbury Green
Stamford, Connecticut 06901-2047