UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CABLEVISION OF LITCHFIELD, Limited Partnership, | |
| Plaintiff, | CIVIL ACTION NO. 3:03 Civ. 886 (CFD) |
| -against- | |
| SCOTT PIEKOS, BEN THAI, and GREG VERAS, | DECEMBER 30, 2003 |
| Defendants. | |

**MOTION FOR AN ORDER CANCELING THE INQUEST HEARING**

Plaintiff, Cablevision of Litchfield, Limited Partnership ("Cablevision" or "plaintiff"), respectfully requests that the Court issue an Order Canceling the Inquest Hearing previously adjourned from December 17, 2003 at 11:00 a.m.

The parties have reached an agreement and are currently in the process of preparing a Stipulation of Discontinuance. Cablevision shall file with the Court the fully executed Stipulation of Discontinuance within thirty (30) days.

**WHEREFORE**, Cablevision respectfully requests that the Court issue an Order canceling the Inquest Hearing.

Respectfully submitted,

**LEFKOWITZ, LOUIS, & SULLIVAN, L.L.P.**
Attorneys for Plaintiff

By _____
**MELINDA DUS (ct 24323)**
350 Jericho Turnpike Suite 300
Jericho, New York 11753
(516) 942-4700