# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CABLEVISION OF LITCHFIELD, Limited Partnership, | : | CIVIL ACTION NO. 3:03CV886(CFD) |
| | : | |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| SCOTT PIEKOS, BEN THAI and GREG VERAS, | : | |
| | : | |
| Defendants. | : | FEBRUARY 6, 2004 |

## APPEARANCE

Please enter the appearance of the undersigned, Elizabeth Corwin Oram, as attorney for the Plaintiff, Cablevision of Litchfield, Limited Partnership, in the above-captioned action in addition to those appearances already on file.

**PLAINTIFF,
CABLEVISION OF LITCHFIELD,
LIMITED PARTNERSHIP,**

By _____
    Elizabeth Corwin Oram (ct 22138)
    Day, Berry & Howard LLP
    One Canterbury Green
    Stamford, CT  06901
    (203) 977-7300
    corwin@dbh.com
    Its Attorneys

-2-

## **CERTIFICATION**

THIS IS TO CERTIFY that a copy of the foregoing was mailed this 6th day of February, 2004, via first class mail, postage prepaid, to:

Scott Piekos
3 Harwinton Avenue
Torrington, CT 067

Melinda Dus, Esq.
Lefkowitz, Louis & Sullivan, LLP
350 Jericho Turnpike, Suite 300
Jericho, NY  11753

_____
Elizabeth Corwin Oram