UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CABLEVISION OF LITCHFIELD, Limited Partnership, | : : : | 3:03 Civ. 886 (CFD) |
| Plaintiff, | : : | **STIPULATION OF PARTIAL DISCONTINUANCE** |
| - against - | : : : | **(SCOTT PIEKOS)** |
| SCOTT PIEKOS, BEN THAI and GREG VERAS, | : : : : | |
| Defendants. | : | |

**WHEREAS** plaintiff, Cablevision of Litchfield, Limited Partnership ("Cablevision" or "plaintiff"), having instituted this action <u>inter alia</u> against defendant Scott Piekos ("Piekos" or "defendant") under the Communications Act of 1934, as amended, Title 47, U.S.C. §§553(a)(1) and 605(a), alleging Piekos' interception, reception and display of plaintiff's cable television programming services without plaintiff's authorization by use of unauthorized converter-decoder device(s) allegedly purchased by defendant from T-Imports, Inc. or Oklahoma City, Oklahoma; and,

**WHEREAS**, Piekos, without making any admissions to Cablevision's allegations and denying those allegations, does hereby wish to resolve Cablevision's claims under this Stipulation of Discontinuance, and there being no reason why a discontinuance of Cablevision's claims against Piekos should not enter, it is hereby,

**STIPULATED AND ORDERED** that Cablevision shall recover from Piekos the sum of $2,500.00, plaintiff's receipt of which is hereby acknowledged and, it is further,

**STIPULATED AND ORDERED** that Piekos, any of his servants, employees, agents, persons acting in concert with him or acting on his behalf are hereby permanently enjoined and restrained from engaging in the unauthorized reception and interception, whether by air or cable, of Cablevision's programming, signals or services, or in aiding and abetting any such acts, and are hereby permanently enjoined and restrained from connecting to, attaching, splicing into, tampering with or in any way using Cablevision's cable wiring without its authorization, and are hereby permanently enjoined and restrained from manufacturing, selling, purchasing, obtaining, using, or possessing any device or equipment capable of unscrambling, intercepting, receiving, decoding, transmitting, providing, or making available all or part of Cablevision's programming or services (whether transmitted by air or cable) without Cablevision's express authorization; and, it is further,

**STIPULATED AND ORDERED** that jurisdiction is hereby retained by this Court to enable any of the parties to apply to this Court for the purposes of modification, for enforcement of compliance with the foregoing Consent Injunction and for punishment of any violations thereof; and, it is further,

**ORDERED, ADJUDGED AND DECREED** that any and all claims by and between plaintiff Cablevision and defendant Piekos, under this action, arising out of, or which could have been asserted in this action or relating to any allegations contained in this action, are hereby mutually released and discontinued with prejudice, with each party bearing its own respective attorneys' fees and costs, and subject to the continuing jurisdiction of this Court over the Stipulation and Order; and it is further,

**ORDERED, ADJUDGED AND DECREED** that the aforesaid release is made for the benefit of Cablevision and defendant Piekos and all who succeed to Cablevision's and Piekos' respective rights and responsibilities, such as their respective heirs, executors, successors and/or assigns, and also includes the parties' attorneys and agents, and that plaintiff Cablevision and Piekos are bound by the aforesaid release contained herein, and Cablevision's and Piekos' respective successors, attorneys, agents, assigns, heirs, executors, and/or subsidiaries are also bound by the aforesaid release contained herein, subject to the continuing jurisdiction of this Court over the Stipulation and Order.  The Clerk of the Court may file this Order without further notice.

**SCOTT PIEKOS**
Pro Se defendant

Dated: _____    By:    _____

**SCOTT PIEKOS**
3 Harwinton Avenue
Torrington, Connecticut 06790
(860) 496-8754

**LEFKOWITZ, LOUIS & SULLIVAN, L.L.P.**
Attorneys for Plaintiff

Dated: _____    By:    _____

**DANIEL J. LEFKOWITZ**
350 Jericho Turnpike, Suite 300
Jericho, New York  11753
(516) 942-4700

                                      **DAY, BERRY, & HOWARD, L.L.P.**
                                      Attorneys for Plaintiff

Dated: _____   By:   _____
                                      **MICHAEL G. CONSIDINE (ct 16023)**
                                        **ELIZABETH CORWIN ORAM (ct 22138)**
                                        Local Counsel
                                        One Canterbury Green
                                        Stamford, Connecticut 06901-2047
                                        (203) 977-7300

**SO ORDERED**:

_____
**CHRISTOPHER F. DRONEY**
**United States District Judge**

Dated: Hartford, Connecticut
          _____, 2004